**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| SUN WEST MORTGAGE COMPANY, | : No. 332 EAL 2019 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| ANTIWONE M. SANDERS, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 20th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.